Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DAVID WAYNE THOMPSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE THOMPSON ) | Case No.: 2:15-cv-00922-CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | TO EXTEND TIME TO FILE |
| ) | Opening Brief |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff David Wayne Thompson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 31 days from October 31, 2015 to December 1, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 29, 2015          Respectfully submitted,

                                  LAWRENCE D. ROHLFING

                                  /s/ *Denise Bourgeois Haley*

                    BY: _____
                         Denise Bourgeois Haley
                         Attorney for plaintiff Mr. David Wayne Thompson

DATE:  October 29, 2015

                         BENJAMIN B. WAGNER
                         United States Attorney

                                  /s/ *Marcelo N. Illarmo*

                    BY: _____
                         Marcelo N. Illarmo
                         Special Assistant United States Attorney
                         Attorneys for defendant Carolyn W. Colvin
                         |*authorized by e-mail|

IT IS SO ORDERED:      _____

Dated:  November 12, 2015

                                            CRAIG M. KELLISON
                                            UNITED STATES MAGISTRATE JUDGE